EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| In re:<br><br>Aprobación de enmiendas al Reglamento de Subastas Formales de la Rama Judicial | 2018 TSPR 26<br><br>199 DPR \_\_\_\_ |

Número del Caso: ER-2018-1

Fecha: 17 de enero de 2018

Materia: Resolución del Tribunal

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

*In re:*

Aprobación de enmiendas al
Reglamento de Subastas
Formales de la Rama Judicial

ER-2018-01

RESOLUCIÓN

En San Juan, Puerto Rico, a 17 de enero de 2018.

En la actualidad existe un alto inventario de propiedades inmuebles que han sido reposeídas por instituciones financieras, las cuales se encuentran disponibles para la venta por un valor reducido.

Ante dicha realidad, y considerando las necesidades de la Rama Judicial en cuanto a su infraestructura física, particularmente tras el paso del huracán María, este Tribunal entiende necesario atemperar la reglamentación aplicable para viabilizar la participación de esta Rama en los procesos de adquisición de propiedades inmuebles reposeídas.

De esta manera, se asegura que la Rama Judicial ágilmente cuente con una infraestructura física adecuada que le permita cumplir con su misión constitucional y de servicio que le impone nuestro ordenamiento jurídico, con la menor erogación posible de fondos públicos y las debidas salvaguardas.

En virtud de lo anterior, se añade un nuevo inciso 14 al Artículo X(c) del *Reglamento de Subastas Formales de la Rama Judicial*,[1] para que disponga:

**"ARTÍCULO X: DETERMINACIÓN DEL PROCEDIMIENTO DE ADQUISICIÓN**

[...]

**C. Excepciones**

No será necesaria la celebración de una subasta formal o de una compra negociada, en los casos en que ésta aplique, si se da alguna de las situaciones siguientes:

[...]

14. Cuando se compre a una institución financiera una propiedad inmueble reposeída, para lo cual la Rama Judicial podrá recibir o presentar ofertas, negociar y contratar directamente con ésta, con miras a asegurar la menor erogación posible de fondos públicos y velar por los mejores intereses de la Rama Judicial."

Esta enmienda comenzará a regir inmediatamente después de su aprobación.

Lo acordó el Tribunal y lo certifica el Secretario del Tribunal Supremo.

Juan Ernesto Dávila Rivera
Secretario del Tribunal Supremo

---

[1] *In re Aprob. Regl. Subastas RJ*, 2017 TSPR 35, 197 DPR _ (2017).